UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL BURTON, | ) | No. CV 11-567-PLA |
| | ) | |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| TERRI GONZALEZ, Warden, | ) | |
| Respondent. | ) | |

In accordance with the order dismissing petition as time barred filed concurrently herewith, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: June 2, 2011

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE